## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 37 EM 2020 |
| | : | |
| Appellee | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ANTYANE ROBINSON, | : | |
| | : | |
| Appellant | : | |

## **ORDER**

**PER CURIAM**

**AND NOW,** this 12th day of June, 2020, the Application To Waive Or Modify Rules Regarding Filing Of Reargument Petition, To Reopen Previous Appeal, And To Consider Reargument Petition Nunc Pro Tunc is **DENIED**.

The Application For Leave To File Reply To Appellee's Answer To Application To Waive Or Modify Rules Regarding Filing Of Reargument Petition, To Reopen Previous Appeal, And To Consider Reargument Petition Nunc Pro Tunc is **DENIED** as moot.

Chief Justice Saylor and Justices Baer and Todd did not participate in the consideration or decision of this matter.